UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MACKAY PERRY,<br>　　　Plaintiff | § <br> § <br> § | |
| v. | § <br> § | |
| NOCO HOSPITALITY, LLC, PAOLO<br>SORIANO, CHARLES FERRARO, and<br>COLEMAN JAMISON,<br>　　　Defendants. | § <br> § <br> § <br> § <br> § <br> § | Case No. 1:24-cv-00366-JRN |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's July 26, 2024, Scheduling Order (doc. 16) and Local Rule CV-88, Plaintiff MacKay Perry and Defendants NoCo Hospitality, LLC, Paolo Soriano, Charles Ferraro, and Coleman Jamison file this Joint Report on Alternative Dispute Resolution, stating as follows:

1. **Status of Settlement Negotiations**

The parties will exchange settlement offers in accordance with the Court's scheduling order (doc. 16).

2. **Identity of the Person Responsible for Settlement Negotiations for Each Party**

By and through their respective counsel:

- For Plaintiff:　　　　　　　　　　MacKay Perry
- For Defendant NoCo Hospitality:　　Paolo Soriano
- For Defendant Paolo Soriano:　　　Paolo Soriano
- For Defendant Charles Ferraro:　　Charles Ferraro
- For Defendant Coleman Jamison:　　Coleman Jamison

3. **Evaluating Whether Alternative Dispute Resolution is Appropriate in this Case**

The parties believe non-binding mediation may be an appropriate alternative dispute resolution mechanism for this matter. In accordance with Local Rule CV-88, the parties will

1

complete mediation no later than 60 days prior to trial. The parties believe they will be able to select an agreed-upon mediator but have not yet done so.

### 4. Alternative Dispute Resolution Certification

Pursuant to Local Rule CV-88, counsel certify Plaintiff and Defendants have been informed of the ADR procedures available in this district.

Respectfully Submitted,

FROST DOMEL PLLC
Emily Frost
State Bar No. 24036601
2499 S. Capital of Texas Hwy
Austin, Texas 78746
(512) 640-5501
emily@frostdomel.com

By: _____
     Emily Frost

ATTORNEYS FOR PLAINTIFF

HUTCHESON BOWERS, LLLP

By:     */s/ Allison Bowers*
Allison Bowers
State Bar No. 24006170
Leslie Sun
State Bar No. 24088490
1301 S. Mopac, Suite 430
Austin, TX 78746
Telephone: (512) 777-4449
Facsimile: (512) 777-4497
allison@hutchesonbowers.com
leslie@hutchesonbowers.com

-AND-

TRIBBLE | ROSS

By:      */s/ Wesson H. Tribble*
         Wesson H. Tribble
         State Bar No. 20213960
         Jane A. McClaine
         State Bar No. 13390600
         6371 Richmond Avenue
         Houston, Texas   77057
         Telephone: (713) 622-0444
         Facsimile: (713) 622-0555
         wtribble@tribblelawfirm.com
         jmcclaine@tribblelawfirm.com

         **Attorneys for Defendant Coleman Jamison**


By:      */s/ Dana M. Hilzendager*
         Andrew M. Gould
         Texas State Bar No. 00792541
         *andrew.gould@wickphillips.com*
         Dana M. Hilzendager
         Texas Bar No. 24106099
         dana.hilzendager@wickphillips.com

         **WICK PHILLIPS GOULD & MARTIN, LLP**
         3131 McKinney Avenue, Suite 500
         Dallas, Texas 75204
         Telephone: 214.692.6200
         Facsimile: 214.692.6255

         **ATTORNEYS FOR DEFENDANTS NOCO
         HOSPITALITY, LLC, PAOLO SORIANO,
         AND CHARLES FERRARO**

## CERTIFICATE OF SERVICE

On August 30, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Emily Frost