IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MACKAY PERRY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-00366-JRN |
| | § | |
| **NOCO HOSPITALITY, LLC, et al.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING WICK PHILLIPS GOULD & MARTIN, LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR NOCO HOSPITALITY, LLC AND PAOLO SORIANO**

Before the Court is the Unopposed Motion to Withdraw as Counsel for Defendants NoCo Hospitality, LLC and Paolo Soriano (the "Motion") filed by Wick Phillips Gould & Martin, LLP ("Wick Phillips"). After considering the Motion, the Court finds good cause to **GRANT** the Motion.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Andrew M. Gould, Dana M. Hilzendager, and Wick Phillips are no longer counsel of record for Defendants NoCo Hospitality, LLC and Paolo Soriano (the "Defendants").

All further notices from the Court, correspondence, and pleadings sent to the Defendants before they secure subsequent counsel should be sent to:

Paolo Soriano
1101 E 6th Street
Austin, Texas 78102
(512) 781-4351
paolo@nocohospitalityatx.com

IT SO ORDERED this _____ day of September 2024.

_____
Honorable James R. Nowlin
Senior Judge, United States District Court